THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

ARTHUR LENARD AUSTIN,                          CASE NO. C22-5566-JCC-TLF

10
                        Plaintiff,            ORDER

11        v.

12   JOHN D. SNAZA,

13                       Defendant.

14

15        The Court, having reviewed the report and recommendation of the Honorable Theresa L.

16   Fricke, the petition for writ of federal *habeas corpus* relief, and the remaining record, does

17   hereby ORDER:

18

19        (1)   The Court ADOPTS the Report and Recommendation (Dkt. No. 6);

20        (2)   Petitioner's petition for writ of habeas corpus is DISMISSED without prejudice;

21        (3)   A certificate of appealability is DENIED; and

22        (4)   The Clerk is directed to send copies of this Order to petitioner, to petitioner's

23              mother,[1] and to Magistrate Judge Theresa L. Fricke.

24

25   //

26   _____
     [1] The address provided in petitioner's motion can be found at Dkt. No. 1 at 31.

ORDER
C22-5566-JCC
PAGE - 1

1       DATED this 21st day of November 2022.

2

3

4                                                                                                                                                        _____

5                                                                                         John C. Coughenour
                                                                                         UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C22-5566-JCC
PAGE - 2